

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00697-CV

Hidalgo County EMS and Hidalgo County Emergency Medical Service Foundation

v.

Reynaldo Ramirez, Individually and as Personal Representative of the Estate of Yolanda Iris Flores, and as Representative of all Wrongful Death Beneficiaries, and as Next Friend of R.F.R. and R.J.R., Minors

On Appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2014-DCL-0910-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against appellants.

We further order this decision certified below for observance.

January 29, 2015